UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| SCHNEIDER HOTELS, LLC and | ) | |
| SCHNEIDER GROUND COMPANY | ) | |
| (HOTELS) LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. __3:21-CV-133-CHB____ |
| | ) | |
| v. | ) | Removed from Jefferson Circuit Court |
| | ) | Civ. Act. No. 21-CI-000778 |
| FLOOD BROTHERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Flood Brothers, Inc. ("Defendant" or "Flood Brothers") gives notice pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 of the removal to the United States District Court for the Western District of Kentucky of this action filed in the Jefferson Circuit Court, Jefferson County, Kentucky, Business Court Docket, Civ. Act. No. 21-CI-000778 ("State Court Action") where the action is currently pending. In support of this Notice of Removal Defendant states as follows:

1.      Plaintiffs Schneider Hotels, LLC and Schneider Ground Company (Hotels) LLC ("Plaintiffs") filed the above referenced State Court Action on February 4, 2021. The Summons and Complaint were sent by certified mail and received by Flood Brothers on February 8, 2021. A true and correct copy of the Complaint, along with other process, pleadings and papers served on Defendant are attached as **Exhibit 1**, pursuant to 28 U.S.C. § 1446(a). This Notice of Removal is timely as it is being filed less than 30 days from receipt by Flood Brothers of Plaintiffs' Complaint.

2.      The United States District Court for the Western District of Kentucky at Louisville is the district court of the United States for the district and division embracing the place where the action is pending (Jefferson County, Kentucky). *See* U.S.C. § 1441(a).

3.      The underlying dispute between the parties relates to Flood Brothers' claim against Plaintiff for unpaid warehousing, storage, handling and installation charges (asserted in litigation in Tennessee) and Plaintiffs' position that such charges and Flood Brothers' exercise of lien rights were improper.  Plaintiffs' State Court Action alleges six separate counts for slander of title, declaration of rights, injunctive relief, breach of contract, conversion, and trespass to chattels.

4.      Plaintiffs are limited liability companies organized and existing under the laws of Kentucky, with their principal places of business in Jefferson County, Kentucky (**Ex. 1** ¶ 1-2).Each member of the limited liability companies is a citizen and resident of Kentucky.

5.      Defendant is a corporation organized and existing under the laws of Georgia with its principal place of business in Atlanta, Georgia (**Ex. 1** ¶ 3).

6.      Removal is proper and this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.  For diversity jurisdiction analysis, Plaintiffs are citizens of Kentucky and Defendant is a citizen of Georgia.  28 U.S.C. § 1332(a).

7.      The amount in controversy, excluding interest and costs, exceeds $75,000.00. Plaintiffs' claims for slander of title, declaration of rights and injunctive relief all seek a judicial declaration that the Claim of Lien filed by Flood Brothers in the stated amount of $2,597,166 is void and invalid, and that it should be stricken and removed by a court of competent jurisdiction. If successful, Plaintiff's action could result in a benefit to Plaintiffs and a harm to Defendant

potentially in excess of two and one half million dollars and, in any event, is in excess of the sum of $75,000.

8.     In addition to their claims for injunctive relief, Plaintiffs separately seek to recover compensatory damages for breach of contract, conversion and trespass to chattels in which they have alleged to have sustained damages of at least $39,172.41.  Plaintiffs seek punitive damages for the alleged conversion and trespass as well.  The alleged compensatory damages, taken together with the claims for punitive damages, readily exceed the sum of $75,000.

9.     Pursuant to, and in compliance with 28 U.S.C. § 1446(d), Defendant simultaneously is filing the Notice of Removal with the Clerk of the United States District Court for the Western District of Kentucky and a Notice of Filing Notice of Removal with the Clerk of the Jefferson Circuit Court to effect removal of this action to the United States District Court.

**WHEREFORE**, Defendant hereby gives notice that this action is removed to this Court, pursuant to the laws of the United States.

Respectfully submitted,

/s/ Miles R. Harrison
Cory J. Skolnick
Miles R. Harrison
FROST BROWN TODD, LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
(502) 589-5400
(502) 581-1087 (fax)
cskolnick@fbtlaw.com
mharrison@fbtlaw.com

*Counsel for Defendant,*
*Flood Brothers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March 2021, I caused to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record:

David S. Kaplan
Kaplan Johnson Abate & Bird, LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
(502) 416-1631
dkaplan@kaplanjohnsonlaw.com

*Counsel for Plaintiffs, Schneider Hotels, LLC and Schneider Ground (Hotels) LLC*

/s/ Miles R. Harrison_____
*Counsel for Defendant, Flood Brothers, Inc.*

4