UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SCHNEIDER HOTELS, LLC and
SCHNEIDER GROUND COMPANY
(HOTELS) LLC,                                                                    Plaintiffs,

v.                                                                   Civil Action No. 3:21-cv-133-DJH-CHL

FLOOD BROTHERS, INC.,                                                            Defendant.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 34), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.

The parties shall tender an agreed order of dismissal with prejudice no later than **November 1, 2022**. The Court will entertain a motion to redocket the action no later than November 1, 2022, in the event the settlement is not consummated.

September 7, 2022

David J. Hale, Judge
United States District Court